IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EARL STEVENSON FULTON | : | NO. 07-38-04 |

## ORDER

AND NOW, this 13th day of May, 2011, upon consideration of Defendant Earl Stevenson Fulton's Motion to Withdraw Guilty Plea (ECF No. 716), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-38-4 Fulton, US v\Fulton Order Withdraw Plea.wpd